**Order entered August 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00247-CR

**FRANK ROBINSON JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 18-50042-422-F**

### ORDER

Before the court is appellant's August 27, 2020 second motion to extend the time to file his brief. Appellant has tendered the brief for filing. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CORY L. CARLYLE
         JUSTICE